# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF THE SPECIAL MASTERS

| | |
|---|---|
| CRAIG JOHN BURCHIANTI, ON BEHALF OF A.B., | Case No:.15-918V |
| Petitioner, | SPECIAL MASTER THOMAS L. GOWEN |
| v. | |
| SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| Respondent. | |

Pursuant to the Special Master's Order dated December 30, 2015, Petitioner respectfully submits this Motion for Extension of Time to file updated medical records and a Statement of Completion.

Petitioner has requested updated medical records from NYU Langone Comprehensive Epilepsy Center and NRAD Associates. On December 23, 2015, Petitioner filed updated medical records from NYU Langone Comprehensive Epilepsy Center. Petitioner communicated with NRAD Associates and was informed that the medical records are in the process of being reviewed, and prepared for mailing.

Petitioner respectfully requests an extension of forty-five (45) days or until March 14, 2016 to file updated medical records, and a Statement of Completion.

Petitioner conferred with Respondent's counsel, who indicated no objection to this extension.

Dated: January 29, 2016

**/S/ MARK T. SADAKA**
Mark T. Sadaka, Esq., MSPH

SADAKA ASSOCIATES LLC
155 North Dean Street, 4th Floor
Englewood, NJ 07631
Telephone: (201) 266-5670
Fax:          (201) 266-5671
Email:       mark@sadakafirm.com